# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| VICTOR THOMAS, | : No. 34 MAP 2023 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court at No. 528 |
| | : MD 2022 dated February 13, 2023 |
| v. | : |
| | : |
| | : |
| | : |
| PENNA. DEPT. OF CORRECTIONS, AND | : |
| ZACHARY J. MOSLAK, CHIEF HEARING | : |
| EXAMINER; AND KEVIN RANSOM, | : |
| SUPERINTENDENT, STATE | : |
| CORRECTIONAL INSTITUTE AT DALLAS, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                                                   **DECIDED:  January 29, 2024**

AND NOW, this 29th day of January, 2024, the order of the Commonwealth Court is **AFFIRMED**.